**LAW OFFICES OF**
# ROBERT E. BROWN, P.C.

www.RobertBrownLaw.com

44 Wall St, 12th Floor New York, NY 10005  Tel. 212.766.9779
2409 Richmond Rd. Staten Island, NY 10306  Tel. 718.979.9779  Fax. 718.979.9784
RBrown@RobertBrownLaw.com

<u>VIA ECF</u>
<u>VIA FIRST CLASS MAIL</u>

December 10, 2013

Honorable Sterling Johnson, Jr., U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Tshering v. Fairfield Financial Mortgage Group, et. al.*
     Civil Action No.: 08 cv 2777 (SJ)(RL)

Your Honor:

This firm represents Plaintiff Yanki Tshering in the above-captioned matter. I was unaware of the case management conference scheduled for December 6, 2013 and for this reason, I was not present at said appearance and sincerely apologize. We hope to have this matter resolved prior to the next conference that is currently scheduled for December 19, 2013 at 9:30 a.m.

Respectfully Submitted,

The Law Offices of Robert E. Brown, P.C.

s/ Robert E. Brown

Robert E. Brown
REB:aca

cc:
    SANDELANDS EYET LLP    [VIA ECF & FIRST CLASS MAIL]
    Attn: William C. Sandelands, Esq.
    1545 U.S. Highway 206, Suite 304
    Bedminster, NJ 07921